IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>    Defendants. | Case No. 1:13-cv-1439- |

**NOTICE OF JOINDER IN MOTION BY PLAINTIFFS FAIRHOLME FUNDS, INC. FOR SUPPLEMENTATION OF THE ADMINISTRATIVE RECORDS, FOR LIMITED DISCOVERY, FOR SUSPENSION OF BRIEFING ON DEFENDANTS' DISPOSITIVE MOTIONS, AND FOR A STATUS CONFERENCE**

PLEASE TAKE NOTICE that plaintiffs Arrowood Indemnity Company et al. in this case ("Plaintiffs") hereby join in the motion made by Fairholme Funds, Inc., et al. for Supplementation of the Administrative Records, for Limited Discovery, for Suspension of Briefing on Defendants' Dispositive Motions, and for a Status Conference (the "Motion") filed in the related and coordinated action captioned *Fairholme Funds, Inc., et al. v. Federal Housing Finance Agency, et al.*, No. 13-cv-01053-RCL (D.D.C.) on February 12, 2014 (Dkt. 31, 32). The Motion has not yet been noticed for a hearing and is opposed by defendants. Plaintiffs join in the Motion, join in each of the filings submitted in support thereof, and incorporate the arguments set forth in the Motion and supporting papers as though fully set forth herein. Plaintiffs believe that the relief sought in the Motion is necessary and appropriate, including as to Plaintiffs' claims, and should be granted.

Pursuant to LCvR 7(m), Plaintiffs represent that they have communicated with counsel for Defendants in a good faith effort to determine whether there is any opposition to the

relief sought and to narrow any areas of disagreement. Defendants have stated that they oppose this motion.

| | |
|---|---|
| Dated: February 20, 2014 | */s/ Drew W. Marrocco*<br>DREW W. MARROCCO (Bar No. 453205)<br>drew.marrocco@dentons.com<br>DENTONS US LLP<br>1301 K Street, NW<br>Suite 600, East Tower<br>Washington, DC 20005-3364<br>Tel.: (202) 408-6400<br>Fax: (202) 408-6399<br><br>MICHAEL H. BARR *(pro hac vice)*<br>michael.barr@dentons.com<br>RICHARD M. ZUCKERMAN *(pro hac vice)*<br>richard.zuckerman@dentons.com<br>SANDRA HAUSER *(pro hac vice)*<br>sandra.hauser@dentons.com<br>DENTONS US LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Tel.: (212) 768-6700<br>Fax: (212) 768-6800<br><br>*Attorneys for*<br>*Arrowood Indemnity Company et al.* |

81882979\V-1