IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERRY CAPITAL LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>JACOB J. LEW, in his official capacity as<br>Secretary of the Treasury, *et al.,*<br><br>   Defendants. | Case No. 1:13-cv-1025-RCL |
| FAIRHOLME FUNDS, INC., *et al.,*<br><br>   Plaintiffs,<br><br>  v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et<br>al.,*<br><br>   Defendants. | Case No. 1:13-cv-1053-RCL |
| ARROWOOD INDEMNITY COMPANY, *et al.,*<br><br>   Plaintiffs,<br><br>  v.<br><br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION, *et al.,*<br><br>   Defendants. | Case No. 1:13-cv-1439-RCL |

## SUPPLEMENTAL DECLARATION OF SEAN BEATTY

SEAN BEATTY declares:

1.  I am an officer of Arrowood Indemnity Company ("Arrowood Indemnity"),

Arrowood Surplus Lines Insurance Company ("Arrowood Surplus Lines"), and Financial

Structures Limited ("Financial Structures") (collectively, the "Arrowood Companies"), plaintiffs

in *Arrowood Indemnity Company et al. v. Federal National Mortgage Association, et al.,* Case

No. 1:13-cv-1439-RCL (the "*Arrowood* action").

1

82308276\V-3

2.      I have personal knowledge of the facts set forth in this Declaration, which I make

to update the information in my Declaration dated March 21, 2014 (Dkt. No. 37-5 in 13-1025).

3.      As a result of transactions after my March 21, 2014 declaration, the number of

shares held by the Arrowood Companies in Fannie Mae and Freddie Mac Preferred Stock has

changed.

**Arrowood Indemnity**

4.      Arrowood Indemnity continues to own shares in the following series of Fannie

Mae and Freddie Mac Preferred Stock:

| Entity | CUSIP | Coupon Rate | Series | Par Value Per Share |
|--------|-------|-------------|--------|---------------------|
| Fannie Mae | 313586844 | 5.125% | L | $ 50.00 |
| Fannie Mae | 313586877 | 5.375% | I | $ 50.00 |
| Freddie Mac | 313400657 | 6.02% | X | $ 25.00 |
| Freddie Mac | 313400772 | 5.81% | O | $ 50.00 |
| Freddie Mac | 313400749 | 6.00% | P | $ 50.00 |

**Arrowood Surplus Lines**

5.      Arrowood Surplus Lines continues to own shares in the following series of Fannie

Mae and Freddie Mac Preferred Stock: :

| Entity | CUSIP | Coupon Rate | Series | Par Value Per Share |
|--------|-------|-------------|--------|---------------------|
| Fannie Mae | 313586877 | 5.375% | I | $ 50.00 |
| Freddie Mac | 313400772 | 5.81% | O | $ 50.00 |
| Freddie Mac | 313400749 | 6.00% | P | $ 50.00 |

**Financial Structures**

6.      Financial Structures continues to own shares in the following series of Freddie

Mac Preferred Stock:

2

| Entity | CUSIP | Coupon Rate | Series | Par Value Per Share |
|--------|-------|-------------|--------|---------------------|
| Freddie Mac | 313400772 | 5.81% | O | $ 50.00 |

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 2, 2014

_____
Sean Beatty

82308276\V-3